UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FILED

06 MAR 15 PM 2:37

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

UNITED STATES OF AMERICA

v.   CASE NO. 2:06-cr- 45 -FtM- 33SPC

JUAN MEDINA GONZALEZ,
a/k/a "Kapechi", a/k/a "Boxer",
a/k/a "Ricardo", a/k/a "Tony", and
JESUS MENDIOLA CRUZ

21:841 (a)(1)
21:841 (b)(1)(A)(vii)
21:841(b)(1)(B)(vii)
21:846
21:853 (Forfeiture)
18:2

## INDICTMENT

The Grand Jury charges:

Beginning on a date unknown, but at least by in or about 1997, through and including on or about January 16, 2006 in Lee County, Florida, in the Middle District of Florida and elsewhere, the defendants herein,

**JUAN MEDINA GONZALEZ,**
a/k/a "Kapechi", a/k/a "Boxer"
a/k/a "Ricardo", a/k/a "Tony", and
**JESUS MENDIOLA CRUZ,**

did knowingly and willfully combine, conspire and confederate with each other and others, to possess with intent to distribute and distribute one-thousand (1000) or more kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance in violation of Title 21, United States Code, Sections 841(a)(1); 841(b)(1)(A)(vii) and Title 18, United States Code, Section 2.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about July 1, 2004, in Lee County, Florida, in the Middle District of Florida and elsewhere, the defendant herein,

**JUAN MEDINA GONZALEZ,**
a/k/a "Kapechi", a/k/a "Boxer"
a/k/a "Ricardo", a/k/a "Tony",

did knowingly and willfully possess, and aid and abet the possession of, with intent to distribute, one-hundred (100) or more kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1); 841(b)(1)(B)(vii) and Title 18, United States Code, Section 2.

### COUNT THREE

On or about April 11, 2005, in Collier County, Florida, in the Middle District of Florida and elsewhere, the defendant herein,

**JUAN MEDINA GONZALEZ,**
a/k/a "Kapechi", a/k/a "Boxer",
a/k/a "Ricardo", a/k/a "Tony",

did knowingly and willfully possess, and aid and abet the possession of, with intent to distribute, one-hundred (100) or more kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1); 841(b)(1)(B)(vii) and Title 18, United States Code, Section 2.

### COUNT FOUR

In or about December 2005, through and including on or about January 16, 2006 in Lee County, Florida, in the Middle District of Florida and elsewhere, the defendants herein,

**JUAN MEDINA GONZALEZ,**
a/k/a "Kapechi", a/k/a "Boxer",
a/k/a "Ricardo", a/k/a "Tony" and
**JESUS MENDIOLA CRUZ,**

did knowingly and willfully possess, and aid or abet the possession of, with intent to distribute, one-hundred (100) or more kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1); 841(b)(1)(B)(vii)

and Title 18, United States Code, Section 2.

## FORFEITURES

1. The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 21, United States Code, Section 853.

2. From their engagement in the violations alleged in Counts One through Four of this Indictment, punishable by imprisonment for more than one year, the defendants

**JUAN MEDINA GONZALEZ,**
a/k/a "Kapechi", a/k/a "Boxer",
a/k/a "Ricardo", a/k/a "Tony" and
**JESUS MENDIOLA CRUZ,**

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of their interest in:

    a. Property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violations; and

    b. Property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

Said property, interests, claims, and contractual rights to include, but are not limited to, the following:

All real and personal property, both tangible and intangible, in which the defendant have a legal, equitable or beneficial interest.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p).

Dated: 3-15-06

A TRUE BILL,

_____
Foreperson

PAUL I. PEREZ
United States Attorney

By: _____
Jesus M. Casas
Assistant United States Attorney
Trial Counsel

By: _____
Yolande G. Viacava
Assistant United States Attorney
Asset Forfeiture Counsel

By: _____
Douglas Molloy
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

JUAN MEDINA GONZALEZ
a/k/a "Kapechi", a/k/a "Boxer",
a/k/a "Ricardo, a/k/a "Tony", and
JESUS MENDIOLA CRUZ

## INDICTMENT

Violations:

Title 21, U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vii), 841(b)(1)(B)(vii), 846
Title 18, U.S.C. § 2
Forfeiture:  Title 21, U.S.C. §853

A true bill,

_Peggy Mattox_
Foreperson

Filed in open court this 15th day

of March, A.D. 2006.

_____
Clerk

Bail $_____