**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA**
        **Plaintiff**

**Vs.**                                        **CASE NO: 2:06-cr-45-FtM-33SPC**

**JESUS MENDIOLA CRUZ**           HONORABLE VIRGINIA COVINGTON
                **Defendant**
_____/


**MOTION TO WITHDRAW**
**MOTION FOR DOWNWARD DEPARTURE PURSUANT**
**TO U.S.S.G. SECTION 4A1.3**

        **COMES NOW DEFENDANT, by and through undersigned counsel, and**

files this Motion to Withdraw Motion for Downward Departure Pursuant to

U.S.S.G. Section 4A1.d, and in support states as follows;

        1.       On July 13th 2006 Undersigned counsel filed a Motion for Downward

Departure Pursuant to U.S.S.G. Section 4A1.3 in this cause of action.

        2.       Defense counsel inadvertently filed it under the wrong case.

        3.       Defense counsel comes before the Court now seeking to withdraw his

Motion for Downward Departure Pursuant to U.S.S.G. Section 4A1.3, in this cause

of action.

        WHEREFORE, the above stated reasons it is respectfully prayed that this

Honorable Court will GRANT this Motion and withdraw this Defendant's Motion

for Downward Departure Pursuant to U.S.S.G. Section 4A1.3.

<u>**CERTIFICATE OF SERVICE**</u>

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the clerk of courts office, who will forward electronically to all parties involved on this 17th day of July, 2006.


<u>/S/ Joshua J. Faett____</u>
Joshua J. Faett